UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSE RODRIGUEZ,** *pro se,*

    **Plaintiff,**

v.                                      Case No.  8:12-cv-1069-T-30TGW

**UNITED STATES OF AMERICA,**
**DEPARTMENT OF VETERAN AFFAIRS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiff Rodriguez has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. 9) entered on September 28, 2012.  Plaintiff Rodriguez has twice filed responses with the Court that do not address why he has failed to timely effectuate proper service of the complaint and summons upon the Defendant (Dkt. 8) (Dkt. 10).  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 10, 2012.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1069.dismisswoutprejudice.frm